**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EUGENE FERENZ,<br>Plaintiff,<br><br>vs.<br><br>HUB GROUP DEDICATED, LLC,<br>Defendant. | Case No. 3:25-cv-01175-SFR<br><br><br><br>September 22, 2026 |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the scheduling order, the parties submit the following joint status report.

1. The parties are not seeking to modify the scheduling order except as to include the scheduled depositions of October 19, 2026.
2. The deposition of the decedent's former employer and a family member of the decedent is scheduled for October 19, 2026.
3. The parties request a referral to a Magistrate Judge for a settlement conference.
4. No party intends to file a dispositive motion.
5. The parties do not consent to the jurisdiction of a Magistrate Judge for all purposes.
6. The estimated length of trial is 3-4 days.

PLAINTIFF,
VITA FERENZ, ADMINISTRATOR OF THE
ESTATE OF EUGENE FERENZ

By *<u>/s/ Edward P. Brady, III</u>*
Edward P. Brady, III (ct7017)
Coyne, von Kuhn & Brady, LLC
4 Armstrong Road
Shelton CT 06484
(203) 378-7100
ebrady@coynelaw.com

DEFENDANT,
HUB GROUP DEDICATED, LLC

By */s/ Kevin J. O'Leary*
Kevin J. O'Leary (ct30271)
Coughlin Betke, LLP
100 Pearl Street, 14th Floor
Hartford CT 06103

MAILING ADDRESS
175 Federal Street
Boston MA 02110
(617)988-8050
koleary@coughlinbetke.com
Its Attorneys

***CERTIFICATION OF SERVICE***

This is to certify that a copy of the foregoing was sent, via electronic mail, this 22nd of September, to:

Attorney Kevin J. O'Leary
Coughlin Betke LLP
100 Pearl Street, 14th Floor
Hartford CT 06103
e-mail: koleary@coughlinbetke.com
Attorney for Defendant

By: */s/ Edward P. Brady, III*
Edward P. Brady, III (ct7017)
Coyne, von Kuhn & Brady, LLC
4 Armstrong Road
Shelton CT 06484
Juris No. 401380
Phone: 203-378-7100
Fax: 203-378-7711
ebrady@coynelaw.com